IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

NICKI JO HARLAN,                          §
                                          §
              *Plaintiff,*                §        SA-21-CV-00788-JKP
                                          §
vs.                                       §
                                          §
AMERIGAS PROPANE, LP,                     §
AMERIGAS, INC.,  AMERIGAS USA             §
LLP,  AMERIGAS PROPANE, INC.,             §
                                          §
              *Defendants.*               §

## <u>ORDER</u>

Before the Court in the above-styled cause of action is Defendants' Unopposed Motion for Withdrawal of Counsel [#7].  By their motion, Defendants ask the Court to approve the substitution of counsel in this matter.  The Court will grant the motion.

**IT IS HEREBY ORDERED** that Defendants' Unopposed Motion for Withdrawal of Counsel [#7] is **GRANTED**.

**IT IS FURTHER ORDERED** that the following counsel shall be substituted into this matter in place of Ethan G. Gibson and Victoria R. Mery of Gibson Wunder, P.C., as counsel for Defendants, AmeriGas Propane, L.P. and AmeriGas, Inc.:

H. BROOK LASKEY (ATTORNEY-IN-CHARGE)
Texas Bar No. 24062337
Email: blaskey@mlllaw.com

-AND-

ALYSSA P. WICKERN
Texas Bar No. 24079571
Email: awickern@mlllaw.com

**IT IS FURTHER ORDERED** that H. Brook Laskey is granted leave to appear as "attorney-in-charge" for the defendants, AmeriGas Propane, L.P. and AmeriGas, Inc., and is recognized as having appeared as "attorney-in-charge" for Defendants.

**IT IS FURTHER ORDERED** that the requested withdrawal of Ethan G. Gibson and Victoria R. Mery of Gibson Wunder, P.C. in this matter is granted, and that Ethan G. Gibson and Victoria R. Mery of Gibson Wunder, P.C. are relieved of their duties herein.

SIGNED this 8th day of October, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE