IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NICKI JO HARLAN,<br>   *Plaintiff,*<br><br>vs.<br><br>AMERIGAS PROPANE, LP,<br>AMERIGAS, INC., AMERIGAS USA<br>LLP, AMERIGAS PROPANE, INC.,<br><br>   *Defendants.* | §<br>§<br>§<br>§<br>§  SA-21-CV-00788-JKP<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER**

Before the Court is the above-styled cause of action, which was referred to the undersigned for all non-dispositive pretrial proceedings on September 28, 2021 [#5]. The Court held an Initial Pretrial Conference on November 10, 2021, at which all parties were present as represented by counsel. At the Initial Pretrial Conference, the parties indicated that an unaffiliated party had been improperly joined as a defendant. Plaintiff orally moved for leave to file an amended complaint. On the record, Defendant indicated it does not oppose granting Plaintiff leave to file an amended pleading.

**IT IS THEREFORE ORDERED** that Plaintiff file an Amended Complaint on or before November 24, 2021.

**IT IS FURTHER ORDERED** that Defendant file a responsive pleading to the Amended Complaint on or before December 8, 2021.

SIGNED this 12th day of November, 2021.

                     ELIZABETH S. ("BETSY") CHESTNEY
                     UNITED STATES MAGISTRATE JUDGE